Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 10 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

Civil Division

Mizell Tisdol

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Porsche Cars North America, PCNA, (Importer Rep.)
Jim Ellis of Porsche Atlanta Perimeter (Car Retailer)

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 1:17-CV-0102
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Mizell Tisdol |
| Street Address | 4142 Stone Mountain Hwy #138 |
| City and County | Lilburn, Gwinnett |
| State and Zip Code | Georgia, 30047 |
| Telephone Number | 678-699-2897 |
| E-mail Address | mzlltisdol@yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Porsche Cars North America (PCNA), Inc. |
| Job or Title *(if known)* | Importer of German Car Manufacturer |
| Street Address | One Porsche Drive |
| City and County | Atlanta, Fulton |
| State and Zip Code | Georgia, 30354 |
| Telephone Number | 770-290-3500 |
| E-mail Address *(if known)* | mzlltisdol@yahoo.com |

Defendant No. 2

| | |
|---|---|
| Name | Klaus Zellmer, Porsche Cars North America (PCNA), Inc. |
| Job or Title *(if known)* | President and Chief Executive Officer |
| Street Address | One Porsche Drive |
| City and County | Atlanta, Fulton |
| State and Zip Code | Georgia, 30354 |
| Telephone Number | 770-290-3500 |
| E-mail Address *(if known)* | klaus.zellmer@porsche.us |

Defendant No. 3

| | |
|---|---|
| Name | Jim Ellis of Porsche Atlanta Perimeter |
| Job or Title *(if known)* | CEO/President/Owner |
| Street Address | 4006 Carver Drive |
| City and County | Atlanta, Dekalb |
| State and Zip Code | Georgia, 30360 |
| Telephone Number | 770-234-2100 |
| E-mail Address *(if known)* | jimellis@jmellis.coml |

Defendant No. 4

| | |
|---|---|
| Name | Eric Mihelich of Porsche Atlanta Perimeter |
| Job or Title *(if known)* | General Manager |
| Street Address | 4006 Carver Drive |
| City and County | Atlanta, Dekalb |
| State and Zip Code | Georgia, 30360 |
| Telephone Number | 770-234-2100 |
| E-mail Address *(if known)* | ericm@jimellis.com |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question　　　　　[ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Violations of Federal Law Pusuant to: Motor Vehicle Safety of NHTSA, Title 49, USC, Chp. 301, Subchp.1,Sections 30102(a)(b), 30116(a)(1,2)(b), 30118(a,b,c), 30119(a), 30120(a)1(a)2(cd(j1,2), 30166(a)(f)(I-1)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On November 7, 2016 at approx.1:36am, this Porsche car owner was headed hoe on US Hwy 78 near Stone Mtn. Park, while driving, my car al of a sudden experienced catastrophic engine failure by deaccelarating in speed very rapidly combine with losing power, steering, control, and braking, al at the same time putting me in harms way while trying to avod an accident with speeding freightliner behind me. As a result, to avoid unreasonable risk of an accident, injury to myself, when all failed, I had to coast vehicle down the highway to try to exit safely to avod accident and to allow the vehicle to come to a complete stop on its own. The next day after experiencing the horrific night, I pursued to find out what caused the engine failure-and it was an IMS bearing defective mechanical part that Porsche Cars should have recalled long ago and reported defect to NHTSA.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

To pay for approximate $20,000.00 in Property Damages to his Porsche Car experienced as a result of the damages to his engine and other parts at NO cost to the owner which is the definitive remedy by federal law pursuant to NHTSA rule in section 30120(a)1 of Title 49, USC 301 due to the failure of there defective IMS bearing which the manufacturer had known to be defective years ago on their car assembly lines in Stugggart, Germany.This defective IMS bearing was inserted in over 251,000 Porsche cars in year models 2001-2004, currently driven on the streets & hwys of USA, are on the brink and subject to cause catastrophic damges to these vehicles if not recalled, will jeopardize motorist life with unreasonable risk of an accident, injury, and death.

1) Property damages approx:  $ 20,000.00
2) Towing Charges:           $    300.00
3) Fuel Charges:             $     75.00
4) All storage and lot fees of (POV) impose by Porsche Atlanta Perimeter at court decision.
5) All court cost, filing fees, and certified mail cost associated with case (claim).

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  01/10/2017

Signature of Plaintiff  *[signature]*
Printed Name of Plaintiff  Mizell Tisdol

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address